UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-80524-CIV-PAINE/JOHNSON

SAMRAJ "SAM" BALIRAM,
and others similarly situated,

      Plaintiff,

v.

CSC BRAZILIAN L.P., a Limited partnership,
and CEEBRAID-SIGNAL CORPORATION,
a Florida Corporation,

      Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' Stipulation of Dismissal with prejudice, and pursuant to the Settlement Agreement reached between the parties, and upon the full record, it is

ORDERED AND ADJUDGED that:

1. This case is DISMISSED with prejudice.

2. Any and all pending motions are hereby DENIED AS MOOT.

3. The Clerk of the Court shall enter this case CLOSED.

DONE AND ORDERED, in Chambers at West Palm Beach, Florida this **22nd** day of **May**, 2007.

                                                          _James C. Paine_
                                             JAMES C. PAINE
                                             UNITED STATES DISTRICT JUDGE

Copies to:
Keith M. Stern, Esq.
Mark F. Bideau, Esq.
Padma Hinrichs, Esq.
WPB 381684289v1